# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHANNON MCKUHEN,<br><br>      Plaintiff,<br><br>v.<br><br>ENTERPRISE RECOVERY SYSTEMS,<br><br>      Defendant. | **Case No.: 10-CV-10190** |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

/S/Andrew M. Schneiderman  
Andrew M. Schneiderman, Esquire  
Attorney for the Defendant

Date: September 27, 2010

/S/ Craig Thor Kimmel  
Craig Thor Kimmel, Esquire  
Attorney for the Plaintiff

Date: September 27, 2010

BY THE COURT:

_____  
                                J.